UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE LEE GOODMAN TRUST,

                             Plaintiff,                    JUDGMENT

        v.

                                                  23-CV-02900 (RER) (VMS)

WHEELS UP EXPERIENCE INC.,
KENNETH DICHTER, AND TODD
SMITH,

                            Defendants.
-----------------------------------------------------------------X

A Memorandum and Order of the Honorable Ramon E. Reyes, Jr., United States District

Judge, having been filed on July 15, 2026, granting Defendants' motion to dismiss; it is

      ORDERED and ADJUDGED that judgment is entered in favor of Defendants.

Dated: Brooklyn, New York                       Brenna B. Mahoney
       July 16, 2026                        Clerk of Court

                                    By:    */s/Jalitza Poveda*
                                          Deputy Clerk